IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| ROE T. HODGE, | ** | |
| | ** | CIVIL ACTION |
| Plaintiff, | ** | |
| | ** | FILE NO.: 3 13-CV-023 |
| vs. | ** | |
| | ** | |
| GREEN SENSE, LLC, | ** | |
| | ** | |
| Defendant and | ** | |
| Counterclaim Plaintiff | ** | |
| | ** | |
| vs. | ** | |
| | ** | |
| ROE T. HODGE, | ** | |
| | ** | |
| Counterclaim Defendant | ** | |

## STIPULATION OF DISMISSAL

COME NOW, the parties, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and hereby enter their stipulation that this above action be dismissed with prejudice.

This 26th day of March, 2014.

| | |
|---|---|
| **/s/ Christopher B. Scott** | **/s/ Thomas E. Parmer** |
| Christopher B. Scott | Thomas E. Parmer |
| Attorney for Roe T. Hodge | Attorney for Green Sense, LLC |
| Georgia Bar Number 631949 | Georgia Bar Number 563752 |
| Smith Wallis & Scott, LLP | Dangle, Parmer & Rooks, LLC |
| 327 Bankhead Highway | 120 Dixie Street |
| Carrollton, GA 30117 | Carrollton, GA 30117 |
| 770-214-2500 | 770-830-9000 |